14050

JOHN A. ROEBLING'S SONS CO. OF N. Y. v. MARYLAND
CASUALTY CO.

(179 S. E., 793)

*Messrs. Herbert & Dial,* for appellant.

*Mr. C. W. Muldrow,* for respondent,

April 25, 1935.

The opinion of the Court was delivered by Mr. Justice
Bonham.

This case was heard along with that of *Fred Salway v.
Maryland Casualty Company,* 179 S. E., 787, and it was
agreed by counsel that disposition of the one should govern
the other. The opinion in the *Salway case* has just been
written, and the judgment of the lower Court is reversed.

Accordingly, the judgment in this case is reversed.

Mr. Chief Justice Stabler, Mr. Justice Carter and
Messrs. Acting Associate Justices Wm. H. Grimball
and G. B. Greene concur.